UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x
VICE MEDIA, INC. and VICE MEDIA CANADA, INC., :
: 13 Civ. 2293 (JS)(AKT)
Plaintiffs, :
:
-against- :
:
VICE PRODUCTIONS LLC, VICE ENERGY LLC, :
PHILIP DADE and JOSHUA BLACKMAN, :
:
Defendants. :
―――――――――――――――――――――――――――― x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), as no party has served an answer or a motion for summary judgment, plaintiffs Vice Media, Inc. and Vice Media Canada, Inc. hereby voluntarily dismiss this action, without prejudice, and without fees, costs or expenses to any party.

Dated: New York, New York
May 2, 2013

                                                      SULLIVAN & WORCESTER LLP

                                                      By: /s/ Gerry Silver
                                                          Gerry Silver, Esq.
                                                          1633 Broadway
                                                          New York, NY  10019
                                                          (T) (212) 660-3096
                                                          (F) (212) 660-3001
                                                          gerry.silver@sandw.com

                                                          Attorneys for Plaintiffs

{N0341122; 3}